## WILLIAMS *v.* AUGUSTA SOUTHERN R. R. CO.

There being in the bill of exceptions no assignment whatever of any error alleged to have been committed by the trial court, nothing for adjudication by this court is presented; and therefore, the motion of defendant in error to dismiss the writ of error is well taken.

May 4, 1896.   Argued at the last term.

Motion to dismiss writ of error.

*James Whitehead,* for plaintiff.
*Leonard Phinizy,* for defendant.

LUMPKIN, Justice.

The following is a statement of all the material contents of the bill of exceptions:

The case of the Augusta Southern Railroad Company against John B. Williams was tried in Glascock superior court, and resulted in a verdict for the plaintiff.   The defendant duly filed a motion for a new trial and an approved brief of the evidence.   This motion was, on the second Monday in April, 1895, heard by the presiding judge, "who reserved his decision until August 6, 1895, when he overruled said motion for new trial and passed an order refusing the same on each and all of the grounds therein stated."   Immediately succeeding the words just quoted, the following language occurs:   "And now, as the facts aforesaid do not appear of record, said John B. Williams comes now, within thirty days from the rendition of the judgment refusing a new trial, and in the time pre-

scribed by law, and presents this, his bill of exceptions, and prays that the same may be signed and certified, that the errors alleged to have been committed may be considered and corrected." The bill of exceptions then concludes by specifying the material portions of the record to be transmitted to this court.

It is manifest that this bill of exceptions contains no assignment of error alleged to have been committed by the trial judge; and consequently, nothing is presented for adjudication by this court. *Writ of error dismissed.*